UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | | |
|---|---|---|
| MISTY CLAUSSEN and HARLYNE CLAUSSEN, | ) ) | CIV. 12-3019-KES |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| KRISTY TOBIN, as personal representative of the estate of Gregg M. Tobin, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation and Joint Motion for Judgment of Dismissal, it is

ORDERED, ADJUDGED, AND DECREED that this matter is dismissed, with prejudice, and without costs or fees to either party.

Dated June 25, 2014.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE